973 A.2d 413

**Yosef ABOV, Petitioner**

v.

**Geraldine WARD, Respondent.**

**No. 6 EM 2009.**

Supreme Court of Pennsylvania.

June 3, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of June, 2009, the "Petition for Review of Superior Court Order Denying Application for Stay Pending Appeal" is **DENIED.**

973 A.2d 413

**Leon LITTLE a/k/a Jason Gravely, Petitioner**

v.

**In the COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 14 EM 2009.**

Supreme Court of Pennsylvania.

June 3, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**